**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No.: 4:09-CR-4-SPM

STEVEN ANTONIO TAYLOR,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

      PURSUANT TO the Report and Recommendation (doc. 22) of the United States Magistrate Judge William C. Sherrill, Jr., to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, STEVEN ANTONIO TAYLOR, to Counts One, Two, and Three of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

      DONE AND ORDERED this <u>fourteenth</u> day of May, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge