IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                     Case No.:4:09-cr-10-SPM/WCS

STEVEN ANTONIO TAYLOR,

      Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the Defendant's Unopposed Motion to Continue Sentencing (doc. 28). As grounds, Defendant states that Defendant's Counsel is unavailable on that date. The Government does not oppose the motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Defendant's motion to continue (doc. 28) is hereby *granted*.

2.     Sentencing is reset for **Monday, August 17, 2009, at 1:30 p.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this <u>fifteenth</u> day of July, 2009.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge