IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO.: 4:09-CR-10-SPM/WCS

STEVEN ANTONIO TAYLOR,

    Defendant.

_____/

## ORDER DIRECTING COUNSEL TO SUPPLEMENT MOTION TO APPOINT APPELLATE COUNSEL

This cause comes before the Court on the Defendant's Motion to Appoint Counsel for Appeal (doc. 36), Defendant's Motion for Leave to Appeal In Forma Pauperis (doc. 41), and Barbara Hobbs' Motion to Withdraw as Attorney (doc. 42).

Under the Criminal Justice Act, 18 U.S.C. § 3006(c), "[i]f at any stage of the proceedings, including appeal, . . . the court finds that a person is financially unable to pay counsel whom he had retained, it may appoint counsel as provided [in the act]." However, before appointing counsel, Addendum Four (d)(2) of the Eleventh Circuit Plan Under the Criminal Justice Act requires a district court to "conduct[] an in camera review of the financial circumstances of the defendant and of the fee arrangements between the defendant and retained counsel." To

this end, the local rules of the Northern District of Florida require retained counsel to submit information regarding the fee arrangements. See N.D. Fla. Loc. R. 11.1(G)(2). If appellate counsel is appointed for a defendant under the Criminal Justice Act, the defendant "may [appeal] without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28." 18 U.S.C. § 3006A(e). Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motions will be held under advisement.

2. Retained counsel shall have up to and including October 19, 2009, to supplement the motion with the information required by N.D. Fla. Loc. R. 11.1(G)(2) and facilitate the filing of a financial affidavit demonstrating the Defendant's financial eligibility for appointment of counsel.

DONE AND ORDERED this <u>ninth</u> day of October, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge