IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                  CASE NO.: 4:09-CR-10-SPM/WCS-1

STEVEN ANTONIO TAYLOR,

      Defendant.

_____/

## ORDER GRANTING LEAVE TO WITHDRAW

Pending before the Court is Attorney Barbara Hobbs' Motion to Withdraw as Counsel (doc. 42), Defendant's Motion to Appoint Counsel for Appeal (doc. 36), and Defendant's Motion to Proceed on Appeal In Forma Pauperis (doc. 41). Upon consideration, it is ORDERED AND ADJUDGED as follows:

    1.      The motions are *granted*.

    2.      Attorney Barbara Hobbs is granted permission to withdraw.

    3.      Attorney Robert Harper is appointed to represent the Defendant on appeal pursuant to the Criminal Justice Act.

DONE AND ORDERED this <u>twenty-second</u> day of October, 2009.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         Chief United States District Judge