IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CASE NO.: 4:09-cr-10-SPM/WCS

STEVEN ANTONIO TAYLOR,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255, which states that his sentence should be reduced in consideration of anticipated future legislation which will reduce the penalties for crack cocaine related offenses (doc. 49). The Government has filed a response in opposition (doc. 65). Defendant's sentence was accurately determined pursuant to the statutes and guidelines effective at the time of his sentencing. Defendant provides no valid legal grounds to revisit or vacate his sentence. Accordingly, it is

    ORDERED and ADJUDGED that the Motion (doc. 49) is denied.

    DONE AND ORDERED this <u>fourth</u> day of February, 2010.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge