IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                                                          CASE NO.: 4:09-CR-10-SPM

STEVEN ANTONIO TAYLOR,

     Defendant.

_____/

## ORDER GRANTING MOTION FOR CLARIFICATION AND DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** comes before the Court upon the Defendant's Motion for Reconsideration and Clarification (doc. 72). The Defendant's Motion to Vacate (doc. 49), including the Supplement thereto (doc. 51), denied by the Court in a prior Order (doc. 69), describe and designate the Defendant's request as a "2255 motion." However, as the essence of the Defendant's request is that his sentence should be reduced because of anticipated changes in the crack cocaine sentencing guidelines, the Court will treat the Defendant's request as a Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582, and as there have been no such changes and the Defendant's request is without merit, the Court's Order (doc. 69) denying the Defendant's Motion will remain unchanged.

     **DONE AND ORDERED** this <u>twenty-fourth</u> day of February, 2010.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge