IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  Case No.: 4:09cr10-SPM

STEVEN A. TAYLOR,

      Defendant.
_____/

**NOTICE OF INTENT TO REDUCE SENTENCE**

      Review of the record in this case reveals that the defendant, Steven Taylor, may be entitled to a sentence reduction based on a guideline amendment that lowers the guideline sentencing range for certain categories of offenses involving crack cocaine.  U.S.S.G. Amend. 750.  Amendment 750 was made retroactive, effective November 1, 2011.

      Taylor was sentenced in 2009 to a term of 100 months. Taylor's guideline range at the time of sentencing was 100 to 125 months.  In 2011, Taylor's sentence was reduced to 68 months because of a substantial assistance motion that was filed by the Government (doc. 86).  This substantial assistance motion resulted in a sentence that was approximately 30% from the low end of the guideline range.

      Based on Amendment 750, Taylor's guideline range would be reduced to

78 to 87 months. An approximately 30% reduction from the low end of this new guideline range is 52 months.

As authorized under 18 U.S.C. § 3582(c)(2), the Court intends to enter an order reducing Chambers' sentence to <u>52 months</u>. Should there be objections to this proposed action by the Court, those objections must be filed by **November 16, 2011**. Copies of any such objections shall be served on all other interested parties, i.e., the Defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons, as appropriate.

The Clerk shall send a copy of this notice to the Defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons.

SO ORDERED this 2nd day of November, 2011.

<u>S/ Stephan P. Mickle</u>
Stephan P. Mickle
Senior United States District Judge